**Emerson E. ROSSMOORE, Appellant, v. Charles W. ANDERSON, Individually and as Collector of Internal Revenue for the Third District of New York, Appellee.**

No. 75.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1933.

Zeiger & Berliner, of New York City, and Nelson T. Hartson, of Washington, D. C. (Ephraim Berliner and Joseph J. Zeiger, both of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Harry G. Herman, Asst. U. S. Atty., of New York City, and Frederick W. Dewart, Sp. Asst. to Atty. Gen., of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment (1 F. Supp. 35) affirmed on the authority of Lucas v. Earl, 281 U. S. 111, 50

S. Ct. 241, 74 L. Ed. 731; Burnet v. Leininger, 285 U. S. 136, 52 S. Ct. 345, 76 L. Ed. 665; Burnet v. Wells, 289 U. S. 670, 53 S. Ct. 761, 77 L. Ed. 1439; Harris v. Com'r, 39 F.(2d) 546 (C. C. A. 2).

**James K. ROWELL v. UNITED STATES of America.**

No. 6476.

Circuit Court of Appeals, Sixth Circuit.
May 10, 1933.

Neely, Rayner & Wilkes, of Memphis, Tenn., for appellant.

D. D. Maddox, U. S. Atty., of Memphis, Tenn.

PER CURIAM.

Docketed and dismissed, pursuant to motion of appellant.

**Ernest U. SCHROETER, Trustee in Bankruptcy of U. S. Guaranty Corporation, et al., Appellant, v. E. H. ALLEN et al., Appellees.**

No. 7144.

Circuit Court of Appeals, Ninth Circuit.
Jan. 15, 1934.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.